IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

EDGAR IVAN RODRIGUEZ                                                             PLAINTIFF

v.                         Civil No. 14-5035

MICHAEL HENDRIX, Detective,
Springdale Police Department                                                     DEFENDANT

### REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE

This is a civil rights action filed pursuant to 42 U.S.C. § 1983. Plaintiff proceeds *pro se*.

Plaintiff was originally one of three plaintiffs in *Rodriguez v. Hendrix*, Civil No. 13-5249. On January 23, 2014, Plaintiff's claims were severed and this case was filed in his name.

Plaintiff was directed to file a complete *in forma pauperis* application and an amended complaint (Doc. 2) by February 7, 2014. Plaintiff has not responded to the Court order. He has not requested an extension of time to respond.

On February 5, 2014, the Court received returned mail from the Washington County Detention Center with a notation that Plaintiff was no longer at that facility. No other address is available for the Plaintiff. Plaintiff has not contacted the Court in anyway.

I therefore recommend that this case be dismissed with prejudice based on Plaintiff's failure to obey the orders of the Court and his failure to prosecute this action. Fed. R. Civ. P. 41(b).

**The Plaintiff has fourteen (14) days from receipt of the report and recommendation in which to file written objections pursuant to 28 U.S.C. § 636(b)(1). The failure to file timely objections may result in waiver of the right to appeal questions of fact. The Plaintiff**

-1-

**is reminded that objections must be both timely and specific to trigger de novo review by the district court.**

DATED this 6th day of March 2014.

/s/ *Erin L. Setser*
HON. ERIN L. SETSER
UNITED STATES MAGISTRATE JUDGE

AO72A
(Rev. 8/82)